# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2019

159899

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* WILLBUR, Minors.

SC:  159899
COA:  346275
Kent CC Family Division:
18-051876-NA; 18-051877-NA
18-051878-NA

_____/

On order of the Court, the application for leave to appeal the June 11, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2019



Clerk

s0813